# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 8, 2026

## NO. 03-24-00035-CV

### Five Hills Investors, LLC, Appellant

### v.

### Fort Hood Homesteads, LLC, Appellee

**APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES THEOFANIS, ELLIS, AND JONES
REVERSED AND REMANDED -- OPINION BY JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on December 15, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for a new trial consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.